UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA           :    ORDER OF FORFEITURE  S2 09 CR. 110
 :
       -v.-                        :    S2 09 Cr. 110 (WHP)
 :
GERMAN ENRIQUE SERRANO-REYES,      :    USDC SDNY
 :    DOCUMENT
       Defendant.                  :    ELECTRONICALLY FILED
 :    DOC #:_____
- - - - - - - - - - - - - - - - - - x    DATE FILED: 1/25/11

       WHEREAS, on October 23, 2009, GERMAN ENRIQUE SERRANO-REYES (the "defendant"), was charged in a two-count Superseding Information, S2 09 Cr. 110 (WHP) (the "Information"), with conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1956 (Counts One and Two);

       WHEREAS, the Information included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offenses and all property traceable to such property, including but not limited to the following:

       a.   Millions of dollars in United States currency, in that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property;

       b.   The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130;

       c.   The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130;

      d.    The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

      e.    The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

      f.    The real property located at 90 Alton Road, #601, Miami, Florida 33139;

      g.    The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180;

      h.    The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

      i.    The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

      j.    The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

      k.    The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132;

WHEREAS, on October 23, 2009, the defendant pled guilty to the Information pursuant to a plea agreement with the Government;

WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982, a sum of money equal to the amount of money involved in the money laundering offenses or traceable to such

money;

WHEREAS, on January 18, 2011, the defendant was sentenced and ordered to forfeit all proceeds and property obtained as a result of the offenses charged in the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Information, to which the defendant pled guilty, a money judgment in an amount to be later calculated shall be entered against the defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C)(iii). In addition, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the money laundering offenses.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production

of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding forfeiture judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure. The Court may amend this Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C)(iii) when additional specific property is identified or the amount of the money judgment has been calculated.

6. The Clerk of the Court shall forward two certified copies of this Order to Assistant United States Attorney Michael D. Lockard, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       January 14, ~~2010~~ 2011

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE