USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/8/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

          - v. -                  :

WILLIAM SUÁREZ-SUÁREZ,            :

          Defendant.              :
- - - - - - - - - - - - - - - - -x

CONSENT ORDER OF
FORFEITURE

S1 09 Cr. 110 (WHP)

          WHEREAS, on March 17, 2009, WILLIAM SUÁREZ-SUÁREZ (the "defendant") was charged in a one-count Superseding Indictment, S1 09 Cr. 110 (WHP) (the "Indictment"), with his involvement in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h);

          WHEREAS, the Indictment included a forfeiture allegation providing notice that, as a result of the offense alleged in Count One of the Indictment, the defendant shall forfeit, pursuant to 18 U.S.C. § 982, all property, real and personal, involved in the money laundering offense charged in Count One of the Indictment, including but not limited to at least approximately millions of dollars in United States currency;

          WHEREAS, on November 5, 2010, the defendant pled guilty to Count One of the Indictment pursuant to an agreement with the Government;

          WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States a sum of money equal to $20,000,000 in United States

currency, representing all property which was involved in the money laundering offense charged in Count One of the Indictment or is traceable to such property;

WHEREAS, the defendant consents to a money judgment in the amount of $20,000,000 in United States currency, representing all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of the Indictment (the "Money Judgment"); and

WHEREAS, the parties agree that the value of the property the defendant previously surrendered to the Colombian government in a related criminal case (the "Colombian Assets") will be applied to the Money Judgment in partial satisfaction thereof;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Michael D. Lockard, of counsel, and the defendant, and his counsel, Margaret M. Shalley, Esq. that:

1.    As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $20,000,000 in United States currency shall be entered against the defendant.

2.    The value of the Colombian Assets, previously surrendered to the Colombian government, shall be credited toward the Money Judgment, in partial satisfaction thereof.

2

3.     Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the defendant, WILLIAM SUÁREZ-SUÁREZ , upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

6.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7.     The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Michael D. Lockard, United States

Attorney's Office, One St. Andrew's Plaza, New York, New York

10007.

        8.    The signature pages of this order may be executed

in one or more counterparts, each of which will be deemed an

original but all of which together will constitute one and the

same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff


By:    _____       11/5/2010
       MICHAEL D. LOCKARD              DATE
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10007
       (212)637-2198


_____       11/5/10
WILLIAM SUÁREZ-SUÁREZ           DATE


_____       11/5/10
MARGARET M. SHALLEY, ESQ.        DATE
Fasulo, Shalley & DiMaggio, LLP
225 Broadway, Suite 715
New York, NY 10007
(212) 566-6212
Attorney for Defendant


SO ORDERED:


_____       11/7/11
HONORABLE WILLIAM H. PAULEY, III   DATE
UNITED STATES DISTRICT JUDGE


4