DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/14

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA
:                     **SECOND FINAL ORDER**
                        **OF FORFEITURE**
:
          - v. -
:  S1 09 Cr. 110 (WHP)
:
DAVID EDUARDO HELMUT MURCIA GUZMAN,
:
          Defendant.
:
- - - - - - - - - - - - - - - - - X

WHEREAS, on March 17, 2009, DAVID EDUARDO HELMUT MURCIA GUZMAN (the "Defendant"), was charged in a one-count Superseding Indictment, S1 09 Cr. 110 (WHP) (the "Indictment"), with conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1956;

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to the following:

a. At least approximately millions of dollars in United States currency, in that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property;

b.   The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130;

c.   The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130;

d.   The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

e.   The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

f.   The real property located at 90 Alton Road, #601, Miami, Florida 33139;

g.   The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180;

h.   The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

i.   The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

j.   The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

k.   The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132;

2

WHEREAS, on or about November 23, 2010, the Defendant pled guilty to the Indictment pursuant to a plea agreement with the Government;

WHEREAS, under the terms of the plea agreement, the Defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982: (i) a sum of money equal to $20,000,000 in United States currency, representing all property, real and personal, involved in the money laundering offense and all property traceable to such property; and (ii) all right, title and interest in the following property:

a.   The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130;

b.   The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130;

c.   The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

d.   The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

e.   The real property located at 90 Alton Road, #601, Miami, Florida 33139;

3

f.     The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180 ("20201 E. Country Club Drive");

g.     The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

h.     The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

i.     The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

j.     The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132;

(collectively, the "Specific Properties");

WHEREAS, on or about November 29, 2010, the Court entered a Consent Order of Forfeiture as to Specific Properties (the "Consent Order of Forfeiture," attached hereto as Exhibit A), which (1) imposed a money judgment against the Defendant, in the amount of $7,000,000 in United States currency, representing all property, real and personal, involved in the money laundering offense and all property traceable to such property, and (2) ordered the forfeiture to the United States of all of his right, title and interest in the Specific Properties;

WHEREAS, the Consent Order of Forfeiture directed the United States to publish, for at least thirty consecutive days, notice of the Consent Order of Forfeiture, of the United States' intent to dispose the Specific Properties and the requirement that any person asserting a legal interest in the and to file a petition with the Court in accordance with the requirements of Title 21, United States Code, Section 853(n)(2) and (3).  The Consent Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Properties and as a substitute for published notice as to those persons so notified;

WHEREAS, notice of the Consent Order of Forfeiture and the intent of the United States to dispose of the Subject Property was published on www.forfeiture.gov, the official U.S. government internet site, beginning on February 9, 2011 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on July 13, 2011 (attached hereto as Exhibit B);

WHEREAS, on or about January 13, 2011, notice of the Consent Order of Forfeiture was mailed by Certified Mail Return Receipt Requested to:

a.   Lisa Newsome
     455 5th Avenue
     Half Moon Bay, California 94019;

b.   Santiago Baranchuk
     455 5th Avenue
     Half Moon Bay, California 94019;

c.   USAA Federal Savings Bank
     10750 McDermott Freeway
     San Antonio, TX 78288;

d.   Platino Holding LLC
     175 SW 7th Street, #2008
     Miami, Florida 33130;

e.   Life Style Media Group, LLC
     880 Biscayne Boulevard, Unit 2507
     Miami, Florida 33132;

f.   Life Style Media Group, LLC
     951 Brickell Avenue, #2304
     Miami, Florida 33131;

g.   Life Style Media Group, LLC
     951 Brickell Avenue, #2006
     Miami, Florida 33131;

h.   Life Style Media Group, LLC
     951 Brickell Avenue, #1906
     Miami, Florida 33131;

i.   Life Style Media Group, LLC
     2121 Ponce de Leon Boulevard, Suite 1050
     Coral Gables, Florida 33160;

    j.    Life Style Media Group, LLC
           20201 E. Country Club Drive, #902
           Aventura, Florida 33180;

    k.    Platino Holding LLC
           175 SW 7th Street, #1811
           Miami, Florida 33130;

    l.    Platino Holding LLC
           2121 Ponce de Leon Boulevard, Suite 1050
           Coral Gables, Florida 33134;

    m.    Platino Holding LLC
           175 SW 7th Street, #1810
           Miami, Florida 33130;

    n.    Deutsche Bank
           60 Wall Street
           New York, New York 10005; and

    o.    Lisa Newsome
           90 Alton Road, Unit 601
           Miami Beach, Florida 33139;

(the notice letters are attached hereto as Exhibit C);

WHEREAS, these are the only persons known by the Government to have a potential interest in the Specific Properties;

WHEREAS, on or about March 17, 2011, Hampton South Condominium Association, Inc. ("Hampton South") filed a claim (the "Claim") asserting an interest in 20201 E. Country Club Drive;

WHEREAS, on or about November 13, 2013, this Court entered a Stipulation and Order settling the Claim filed by Hampton South (attached hereto as Exhibit D);

WHEREAS, 20201 E. Country Club Drive is more particularly described as:

> Unit 902 of Hamptons South Condominium, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 22124, at Page 1785 of the Public Records of Miami-Dade County Florida;
>
> Assessor's Parcel No.: 28-1235-085-0330;

WHEREAS, title to 20201 E. Country Club Drive is held in the name of Life Style Media Group, LLC;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

WHEREAS, thirty (30) days have expired since final publication of notice and no petitions and/or claims have been filed, other than the resolved Hampton South Claim described above, to contest the forfeiture of 20201 E. Country Club Drive;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   All right, title, and interest of Life Style Media Group, LLC in 20201 E. Country Club Drive is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.   Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to 20201 E. Country Club Drive.

3.   The United States Marshals Service shall take possession of 20201 E. Country Club Drive and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.   The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Michael D. Lockard, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       March 31, 2014

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

# Exhibit A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     CONSENT ORDER OF FORFEITURE
                                       AS TO SPECIFIC PROPERTIES
           -v.-                  :
                                 :     S1 09 Cr. 110 (WHP)
DAVID EDUARDO HELMUT MURCIA      :
GUZMAN,                          :
                                 :
                Defendant.       :

- - - - - - - - - - - - - - - x

        WHEREAS, on March 17, 2009, DAVID EDUARDO HELMUT MURCIA

GUZMAN (the "defendant"), was charged in a one-count Superseding

Indictment, S1 09 Cr. 110 (WHP) (the "Indictment"), with

conspiring to commit money laundering, in violation of Title 18,

United States Code, Section 1956;

        WHEREAS, the Indictment included a forfeiture

allegation seeking, pursuant to Title 18, United States Code,

Section 982, all property, real and personal, involved in the

money laundering offense and all property traceable to such

property, including but not limited to the following:

        a.    At least approximately millions of dollars in

United States currency, in that such sum in aggregate is property

which was involved in the money laundering offense or is

traceable to such property;

        b.    The real property located at 175 SW 7th Street,

#1810, Miami, Florida 33130;

        c.    The real property located at 175 SW 7th Street,

#1811, Miami, Florida 33130;

d.    The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

e.    The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

f.    The real property located at 90 Alton Road, #601, Miami, Florida 33139;

g.    The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180;

h.    The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

i.    The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

j.    The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

k.    The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132;

WHEREAS, on or about November 23, 2010, the defendant pled guilty to the Indictment pursuant to a plea agreement with the Government;

WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982: (i) a sum of money equal to $7,000,000 in United States currency, representing all property, real and

2

personal, involved in the money laundering offense and all
property traceable to such property; and (ii) all right, title
and interest in the following property:

      a.   The real property located at 175 SW 7th Street,
#1810, Miami, Florida 33130;

      b.   The real property located at 175 SW 7th Street,
#1811, Miami, Florida 33130;

      c.   The real property located at 175 SW 7th Street,
#2008, Miami, Florida 33130;

      d.   The real property located at 455 5th Avenue, Half
Moon Bay, California 94019;

      e.   The real property located at 90 Alton Road, #601,
Miami, Florida 33139;

      f.   The real property located at 20201 E. Country Club
Drive, #902, Aventura, Florida 33180;

      g.   The real property located at 951 Brickell Avenue,
#1906, Miami, Florida 33131;

      h.   The real property located at 951 Brickell Avenue,
#2006, Miami, Florida 33131;

      i.   The real property located at 951 Brickell Avenue,
#2304, Miami, Florida 33131; and

      j.   The real property located at 880 Biscayne
Boulevard, Unit 2507, Miami, Florida 33132;
(collectively, the "Specific Properties");

WHEREAS, the defendant consents to a money judgment in the amount of $7,000,000 in United States currency, representing all property, real and personal, involved in the money laundering offense and all property traceable to such property and the forfeiture of all his right, title and interest in the Specific Properties;

WHEREAS, the defendant agrees that the Specific Properties are forfeitable to the United States because they constitute property involved in the money laundering offense charged in the Indictment;

WHEREAS, the defendant consents to this Consent Order of Forfeiture as to Specific Properties becoming final as to the defendant prior to sentencing, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure;

WHEREAS, pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), 32.2(b)(6), and 32.2(c) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Properties to its possession and to notify any and all potential purchasers and transferees thereof of its interest therein;

NOW, THEREFORE, IT IS ORDERED, ADJOURNED AND DECREED THAT:

1.   As a result of the offense charged in the Indictment, to which the defendant pled guilty, a forfeiture

4

money judgment in the amount of $7,000,000 in United States currency shall be entered against the defendant.

2.  All of the defendant's right, title and interest in the Specific Properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).  The defendant agrees that he will not file a claim or a petition for remission or mitigation in any forfeiture proceeding involving the Subject Properties and will not assist anyone else in doing so.  The value of the defendant's interest in the Subject Properties forfeited to the United States shall be applied towards partial satisfaction of the forfeiture judgment in the amount of $7,000,000 in United States currency.

3.  Upon entry of this Consent Order of Forfeiture as to Specific Properties, the United States Marshals Service (or its designee) is authorized to seize the Specific Properties and hold the Specific Properties in its secure custody and control.

4.  Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture as to Specific Properties is final as to the defendant upon entry of this Order, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

5.  Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal

5

Procedure and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the
Supplemental Rules for Certain Admiralty or Maritime Claims and
Asset Forfeiture Actions, the United States shall publish for at
least thirty (30) consecutive days on the government internet
site, www.forfeiture.gov, notice of this Preliminary Order of
Forfeiture as to Specific Property and notice that any person,
other than the defendant in this case, claiming an interest in
the Specific Properties must file a petition within sixty (60)
days from the first day of publication of the notice on this
official government internet site, or no later than thirty-five
(35) days from the mailing of actual notice, whichever is
earlier.

6.    This notice shall state that the petition shall be
for a hearing to adjudicate the validity of the petitioner's
alleged interest in the Specific Properties, shall be signed by
the petitioner under penalty of perjury, and shall set forth the
nature and extent of the petitioner's right, title and interest
in the Specific Properties and any additional facts supporting
the petitioner's claim and the relief sought, pursuant to Title
21, United States Code, Section 853(n).

7.    Pursuant to Rule 32.2(b)(6) of the Federal Rules
of Criminal Procedure, the Government shall send notice to any
person who reasonably appears to be a potential claimant with
standing to contest the forfeiture in the ancillary proceeding.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Properties pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all third-party interests will be addressed.

9.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, and payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

10.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

11.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture as to Specific Property, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7

12.   The signature pages of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By:  _____          11/22/10
     BENJAMIN NAFTALIS                 DATE
     TELEMACHUS KASULIS
     MICHAEL LOCKARD
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, NY 10007
     (212)637-2456/2193

DAVID EDUARDO HELMUT MURCIA GUZMAN
DEFENDANT

By:  _____          11/23/10
     DAVID EDUARDO HELMUT MURCIA GUZMAN   DATE

By:  _____          11/23/10
     ROBERT E. ABREU, ESQ.             DATE
     Attorney for Defendant
     The Abreau Law Firm, LLC
     1001 Brickell Bay Drive, Suite 2206
     Miami, Florida 33131
     (305) 350-2700

SO ORDERED:

_____               11/29/10
HONORABLE WILLIAM H. PAULEY III        DATE
UNITED STATES DISTRICT JUDGE

8

# Exhibit B

PREET BHARARA
United States Attorney for the
Southern District of New York
By: MICHAEL D. LOCKARD
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2193

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    DECLARATION OF PUBLICATION
                                     :
              -v.-                   :    S1 09 Cr. 110 (WHP)
                                     :
DAVID EDUARDO HELMUT MURCIA GUZMAN,  :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - - x

         I, MICHAEL D. LOCKARD, pursuant to Title 28, United

States Code, Section 1746, hereby declare under the penalty of

perjury that:

         I am an Assistant United States Attorney in the office

of the United States Attorney for the Southern District of New

York; and

         Attached to this declaration are (1) a true and correct

copy of a notice of criminal forfeiture in this action, (2) a

true and correct copy of an Advertisement Certification Report,

indicating that the aforementioned notice was posted on an

official government internet site (www.forfeiture.gov) for at

least 30 consecutive days, beginning on February 9, 2011, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions; and

Both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
       July 13, 2011

                                    _____
                                    MICHAEL D. LOCKARD
                                    Assistant United States Attorney

2

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**COURT CASE NUMBER: 09 CR. 110; NOTICE OF FORFEITURE**

Notice is hereby given that on November 29, 2010, in the case of <u>U.S. v. David Eduardo Helmut Murcia Guzman</u>, Court Case Number 09 CR. 110, the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131 (09-DEA-515408)

The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180 (09-DEA-515428)

The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132(09-DEA-515463)

The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130 (09-DEA-515484)

The real property located at 455 5th Avenue, Half Moon Bay, California 94019 (09-DEA-515486)

The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131 (09-DEA-515489)

The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131 (09-DEA-515509)

The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130 (09-DEA-515524)

The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130 (09-DEA-515527)

The real property located at 90 Alton Road, #601, Miami, Florida 33139 (09-DEA-542466)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (February 09, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Amy Lester, One St. Andrew's Plaza, New York, NY  10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United

States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 9, 2011 and March 10, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Eduardo Helmut Murcia Guzman

**Court Case No:**     09 CR. 110
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/09/2011 | 24.0 | Verified |
| 2 | 02/10/2011 | 23.5 | Verified |
| 3 | 02/11/2011 | 24.0 | Verified |
| 4 | 02/12/2011 | 24.0 | Verified |
| 5 | 02/13/2011 | 24.0 | Verified |
| 6 | 02/14/2011 | 24.0 | Verified |
| 7 | 02/15/2011 | 23.9 | Verified |
| 8 | 02/16/2011 | 24.0 | Verified |
| 9 | 02/17/2011 | 24.0 | Verified |
| 10 | 02/18/2011 | 24.0 | Verified |
| 11 | 02/19/2011 | 24.0 | Verified |
| 12 | 02/20/2011 | 24.0 | Verified |
| 13 | 02/21/2011 | 24.0 | Verified |
| 14 | 02/22/2011 | 24.0 | Verified |
| 15 | 02/23/2011 | 24.0 | Verified |
| 16 | 02/24/2011 | 24.0 | Verified |
| 17 | 02/25/2011 | 24.0 | Verified |
| 18 | 02/26/2011 | 24.0 | Verified |
| 19 | 02/27/2011 | 24.0 | Verified |
| 20 | 02/28/2011 | 24.0 | Verified |
| 21 | 03/01/2011 | 24.0 | Verified |
| 22 | 03/02/2011 | 24.0 | Verified |
| 23 | 03/03/2011 | 24.0 | Verified |
| 24 | 03/04/2011 | 24.0 | Verified |
| 25 | 03/05/2011 | 24.0 | Verified |
| 26 | 03/06/2011 | 24.0 | Verified |
| 27 | 03/07/2011 | 24.0 | Verified |
| 28 | 03/08/2011 | 24.0 | Verified |
| 29 | 03/09/2011 | 24.0 | Verified |
| 30 | 03/10/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Lisa Newsome
455 5ᵗʰ Avenue
Half Moon Bay, California 94019

      Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
           S1 09 Cr. 110 (WHP)

Dear Ms. Newsome:

      Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney

      By: _____
          Michael D. Lockard
          Assistant United States Attorney
          Tel. No.: (212) 637-2193
          Fax No.: (212) 637-0421

Enclosure

**U.S. Postal Service**
**CERTIFIED MAIL₁ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Lisa Newsome
Street or PO  455 5th Avenue
City, State  Half Moon Bay, California 94019

PS Form 3800, June 2002                    See Reverse for Instructions

7003 2260 0000 4034 5772

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa Newsome
455 5th Avenue
Half Moon Bay, California

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN 2 4 2011

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)   7003 2260 0000 4034 5772

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Santiago Baranchuk
455 5th Avenue
Half Moon Bay, California 94019

      Re:   <u>United States v. David Eduardo Helmut Murcia Guzman</u>
             S1 09 Cr. 110 (WHP)

Dear Mr. Baranchuk:

      Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                     Respectfully,

                     PREET BHARARA
                     United States Attorney

      By: _____
            Michael D. Lockard
            Assistant United States Attorney
            Tel. No.: (212) 637-2193
            Fax No.: (212) 637-0421

Enclosure

**U.S. Postal Service**
**CERTIFIED MAIL₃ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Santiago Baranchuk

Street, Apt. No.; or PO Box No.
455 5th Avenue

City, State, ZIP+4
Half Moon Bay, California 94019

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Santiago Baranchuk
455 5th Avenue
Half Moon Bay, California 94019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 24 2011

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7003 2260 0000 4034 5758

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

       Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
             S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

         Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

         Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                    Respectfully,

                    PREET BHARARA
                    United States Attorney

By: _____
         Michael D. Lockard
         Assistant United States Attorney
         Tel. No.: (212) 637-2193
         Fax No.: (212) 637-0421

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
USAA Federal Savings Bank
Street, Apt. or PO Box N   10750 McDermott Freeway
City, State,   San Antonio, TX 78288

7003 2260 0000 4034 5741

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service l    7003 2260 0000 4034 5741

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Platino Holding LLC
175 SW 7th Street, #2008
Miami, Florida 33130

Re:    United States v. David Eduardo Helmut Murcia Guzman
       S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

Respectfully,

PREET BHARARA
United States Attorney

By: _Michael O. Lockard/MB_
Michael D. Lockard
Assistant United States Attorney
Tel. No.: (212) 637-2193
Fax No.: (212) 637-0421

Enclosure



**U.S. Postal Service**
**CERTIFIED MAIL⊔ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark |
| Return Reciept Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Platino Holding LLC
Street, Apt. No. or PO Box No.
175 SW 7th Street, #2008
City, State, Zip
Miami, Florida 33130

PS Form 3800, June 2002                    See Reverse for Instructions



AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorney's Office
Southern District of New York

One Saint Andrew's Plaza
New York, NY 10007

Official Business

Platino Holding LLC
175 SW 7th Street, #2008
Miami, Florida 33130

UNCLAIMED

CERTIFIED

7003 2260 0000 4034 6403

NAME
1st Notice
2nd Notice
Return

US OFFICIAL MAIL
$300 Penalty
For Private Use

$08.950
01/18/2011
Mailed From 10007
US POSTAGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

---

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
880 Biscayne Boulevard, Unit 2507
Miami, Florida 33132

        Re:   <u>United States v. David Eduardo Helmut Murcia Guzman</u>
                 S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

      Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney

By: *Michael D. Lockard (MDL)*
      Michael D. Lockard
      Assistant United States Attorney
      Tel. No.: (212) 637-2193
      Fax No.: (212) 637-0421

Enclosure



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Life Style Media Group, LLC
880 Biscayne Boulevard, Unit 2507
Miami, Florida 33132

PS Form 3800, June 2002          See Reverse for Instructions



US OFFICIAL MAIL
$5300 Penalty
For Private Use

$ 03.950⁰
01/18/2011
Mailed From 10007
US POSTAGE

CERTIFIED MAIL

7003 2260 0000 4034 6397

NAME  161
1st Notice  1/26
2nd Notice  2/5
Return

Life Style Mail Group, LLC
880 Biscayne Boulevard, Unit 2507
Miami, Florida

UNCLAIMED

RETURN
TO
SENDER
UNCLAIMED

AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorneys Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
951 Brickell Avenue, #2304
Miami, Florida 33131

　　　　　　Re:　United States v. David Eduardo Helmut Murcia Guzman
　　　　　　　　　S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

　　　　Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

　　　　Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

　　　　　　　　　　　Respectfully,

　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　United States Attorney

　　　　　　By: _____
　　　　　　　　Michael D. Lockard
　　　　　　　　Assistant United States Attorney
　　　　　　　　Tel. No.: (212) 637-2193
　　　　　　　　Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To    Life Style Media Group, LLC
Street, Apt. No.;   951 Brickell Avenue, #2304
or PO Box No.
City, State   Miami, Florida 33131

PS Form 3800, June 2002                    See Reverse for Instructions

AUSA Nicholas D. Lockard
U.S. Department of Justice
United States Attorney's Office
Southern District of New York

One Saint Andrew's Plaza
New York, NY 10007

Official Business

CERTIFIED MAIL

7003 2260 0000 4034 6360

Life-Style Media Group, LLC
951 Brickell Avenue, #2304
Miami, Florida 33131

RETURN TO SENDER



US OFFICIAL MAIL
$300 Penalty
For Private Use

$08.950°
01/18/2011
Mailed From 10007
US POSTAGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
951 Brickell Avenue, #2006
Miami, Florida 33131

      Re:   <u>United States v. David Eduardo Helmut Murcia Guzman</u>
            S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

        Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

        Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                    Respectfully,

                    PREET BHARARA
                    United States Attorney

By:                 
        Michael D. Lockard
        Assistant United States Attorney
        Tel. No.: (212) 637-2193
        Fax No.: (212) 637-0421

Enclosure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7003 2250 0000 4034 6373

Sent To   Life Style Media Group, LLC
Street, Apt. 951 Brickell Avenue, #2006
or PO Box
City, State Miami, Florida 33131

PS Form 3800, June 2002          See Reverse for Instructions





**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
951 Brickell Avenue, #1906
Miami, Florida 33131

      Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
            S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

      Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _Michael D. Lockard_ (MD)
      Michael D. Lockard
      Assistant United States Attorney
      Tel. No.: (212) 637-2193
      Fax No.: (212) 637-0421

Enclosure

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Life Style Media Group, LLC
Street, or PO  951 Brickell Avenue, #1906
City, S  Miami, Florida 33131

PS Form 3800, June 2002                See Reverse for Instructions



AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business

CERTIFIED MAIL

7003 2260 0000 4035 6532

ATTEMPTED
NOT KNOWN

Life Style Group, LLC
951 Brickell Avenue, #1906
Miami, FL 33131

ATTEMPTED
NOT KNOWN

US OFFICIAL MAIL
$300 Penalty
For Private Use

$08.950
01/18/2011
Mailed From 10007
neopost

US POSTAGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
2121 Ponce de Leon Boulevard, Suite 1050
Coral Gables, Florida 33160

        Re:   <u>United States v. David Eduardo Helmut Murcia Guzman</u>
               S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

        Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

        Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                     Respectfully,

                     PREET BHARARA
                     United States Attorney

By: _Michael D. Lockard (MD)_
    Michael D. Lockard
    Assistant United States Attorney
    Tel. No.: (212) 637-2193
    Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service₁
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₁

OFFICIAL US

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & | |

Sent To
Life Style Media Group, LLC
2121 Ponce de Leon Boulevard, Suite 1050
Coral Gables, Florida 33160

7003 2260 0000 4035 6907

PS Form 3800, June 2002                    See Reverse for Instructions

AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorneys Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business



CERTIFIED MAIL

7003 2260 0000 4035 6907

Life Style Media Group, LLC
2121 Ponce de Leon Boulevard,
Suite 1050
Coral Gables, Florida 33160



RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
NO SUCH NUMBER/STREET
ATTEMPTED NOT KNOWN
UNCLAIMED



US OFFICIAL MAIL
$300 Penalty
For Private Use

$ 08.950
049.00743223
01/18/2011
Mailed From 10007
neopost
US POSTAGE



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Life Style Media Group, LLC
20201 E. Country Club Drive, #902
Aventura, Florida 33180

                    Re:    United States v. David Eduardo Helmut Murcia Guzman
                           S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

            Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

            Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

                              Respectfully,

                              PREET BHARARA
                              United States Attorney

                         By: _____
                              Michael D. Lockard
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2193
                              Fax No.: (212) 637-0421

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

*Sent To*
Life Style Media Group, LLC
*or* 20201 E. Country Club Drive, #902
Aventura, Florida 33180

7003 2260 0000 4034 5765

PS Form 3800, June 2002                     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Life Style Media Group, LLC
20201 E. Country Club Drive, #902
Aventura, Florida 33180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Miguel Soria                        1-21-11

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4034 5765

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Platino Holding LLC
175 SW 7th Street, #1811
Miami, Florida 33130

        Re:   United States v. David Eduardo Helmut Murcia Guzman
              S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

      Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

                  Respectfully,

                  PREET BHARARA
                  United States Attorney

By: *Michael D. Lockard* (MD)
    Michael D. Lockard
    Assistant United States Attorney
    Tel. No.: (212) 637-2193
    Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To    Platino Holding LLC
Street, Apt. No.;  175 SW 7th Street, #1811
or PO Box No.
City, State,  Miami, Florida 33130

PS Form 3800, June 2002                    See Reverse for Instructions





AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorneys Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business

NAME
1st Notice
2nd Notice
Return

Platino Holding LLC
175 SW 7th Street, #1811
Miami, Florida 33130

UNCLAIMED

7003 2260 0000 4035 5063

CERTIFIED MAIL

US OFFICIAL MAIL
$300 Penalty
For Private Use

$08.950
01/16/2011
US POSTAGE



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January ~~13, 2011~~

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Platino Holding LLC
2121 Ponce de Leon Boulevard, Suite 1050
Coral Gables, Florida 33134

> Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
>       S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

Respectfully,

PREET BHARARA
United States Attorney

By: *Michael D. Lockard* (MD)
Michael D. Lockard
Assistant United States Attorney
Tel. No.: (212) 637-2193
Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | | |

Sent To
*Platino Holding LLC*
*2121 Ponce de Leon Boulevard, Suite 1050*
*Coral Gables, Florida 33134*

PS Form 3800, June 2002                See Reverse for Instructions

7003 2260 0000 4030 1105

AUSA Michael D Lockard
U.S. Department of Justice
United States Attorneys Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business

7003 2260 0000 4030 1105



Platino Holding LLC
2121 Ponce de Leon Boulevard,
Suite 1050
Coral Gables, Florida 33134

RETURN TO SENDER

REASON CHECKED
Undeliverable as addressed
Attempted - Not known
Insufficient address
No such number/street
No such office in state/zip
Vacant
Do not remail to this address





US OFFICIAL MAIL
$300 Penalty
For Private Use



Mailed From 10007
01/18/2011
$06.950
US POSTAGE
neopost
0460074322



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL—RETURN
RECEIPT REQUESTED

Platino Holding LLC
175 SW 7th Street, #1810
Miami, Florida 33130

      Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
            S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

      Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney

      By: _Michael D. Lockard_
              Michael D. Lockard
              Assistant United States Attorney
              Tel. No.: (212) 637-2193
              Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service
CERTIFIED MAIL. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7003 2260 0000 4029 1796

Sent To
Platino Holding LLC

Street, Apt. No.; or PO Box No.
175 SW 7th Street, #1810

City, State, Zip+4
Miami, Florida 33130

PS Form 3800, June 2002                    See Reverse for Instructions



AUSA Michael D. Lockard
U.S. Department of Justice
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Official Business

NAME
1st Notice
2nd Notice
Return

Platino Holding LLC
175 SW 7th Street, #1810
Miami, FL 33130

7003 2260 0000 4029 1795



US OFFICIAL MAIL
$300 Penalty
For Private Use

$ 08.95⁰
01/18/2011
Mailed from 10007
US POSTAGE
neopost
048.00743223



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Deutsche Bank
60 Wall Street
New York, New York 10005

      Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
           S1 09 Cr. 110 (WHP)

Dear Sir/Madam:

      Enclosed is a copy of the Consent Order of Forfeiture as to
Specific Properties that has been entered in the above-referenced case.
Should you wish to assert a legal interest in the property which has been
ordered forfeited to the United States, a petition for a hearing to adjudicate
the validity of your alleged interest in the property must be filed within
thirty-five days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such
a petition shall be signed by the petitioner under penalty of perjury and
shall set forth the nature and extent of the petitioner's right, title, or
interest in the property, the time and circumstances of the petitioner's
acquisition of the right, title, or interest in the property, any additional
facts supporting the claim, and the relief sought.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
      Michael D. Lockard
      Assistant United States Attorney
      Tel. No.: (212) 637-2193
      Fax No.: (212) 637-0421

Enclosure




**UNITED STATES POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 2260 0000 4035 2503
Status: **Delivered**

Your item was delivered at 11:45 am on January 26, 2011 in NEW
YORK, NY 10268. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

---

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2011

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Lisa Newsome
90 Alton Road, Unit 601
Miami Beach, Florida 33139

> Re:  <u>United States v. David Eduardo Helmut Murcia Guzman</u>
>       S1 09 Cr. 110 (WHP)

Dear Ms. Newsome:

Enclosed is a copy of the Consent Order of Forfeiture as to Specific Properties that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five days of the date of this letter.

Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Michael D. Lockard
Assistant United States Attorney
Tel. No.: (212) 637-2193
Fax No.: (212) 637-0421

Enclosure



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7003 2260 0000 4035 2497

Sent To
Lisa Newsome

Street, Apt. No; or PO Box No.
90 Alton Road, Unit 601

City, State, ZIP
Miami Beach, Florida 33139

PS Form 3800, June 2002                    See Reverse for Instructions



# Exhibit D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :          STIPULATION AND ORDER
                                   :
            -v.-                   :          S1 09 Cr. 110 (WHP)
                                   :
DAVID EDUARDO HELMUT MURCIA GUZMAN, :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x
                                   :
HAMPTON SOUTH CONDOMINIUM          :
ASSOCIATION, INC.,                 :
                                   :
            Claimant.              :
- - - - - - - - - - - - - - - - - X

     WHEREAS, on March 17, 2009, DAVID EDUARDO HELMUT MURCIA
GUZMAN (the "Defendant"), was charged in a one-count Superseding
Indictment, S1 09 Cr. 110 (WHP) (the "Indictment"), with
conspiring to commit money laundering, in violation of Title 18,
United States Code, Section 1956;

     WHEREAS, the Indictment included a forfeiture
allegation seeking, pursuant to Title 18, United States Code,
Section 982, all property, real and personal, involved in the
money laundering offense and all property traceable to such
property, including but not limited to the following:

     a.   At least approximately millions of dollars in
United States currency, in that such sum in aggregate is property
which was involved in the money laundering offense or is
traceable to such property;

      b.    The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130;

      c.    The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130;

      d.    The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

      e.    The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

      f.    The real property located at 90 Alton Road, #601, Miami, Florida 33139;

      g.    The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180;

      h.    The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

      i.    The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

      j.    The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

      k.    The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132;

      WHEREAS, on or about November 23, 2010, the Defendant pled guilty to the Indictment pursuant to a plea agreement with the Government;

2

WHEREAS, under the terms of the plea agreement, the Defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982: (i) a sum of money equal to $7,000,000 in United States currency, representing all property, real and personal, involved in the money laundering offense and all property traceable to such property; and (ii) all right, title and interest in the following property:

      a.    The real property located at 175 SW 7th Street, #1810, Miami, Florida 33130;

      b.    The real property located at 175 SW 7th Street, #1811, Miami, Florida 33130;

      c.    The real property located at 175 SW 7th Street, #2008, Miami, Florida 33130;

      d.    The real property located at 455 5th Avenue, Half Moon Bay, California 94019;

      e.    The real property located at 90 Alton Road, #601, Miami, Florida 33139;

      f.    The real property located at 20201 E. Country Club Drive, #902, Aventura, Florida 33180 (the "Subject Property");

      g.    The real property located at 951 Brickell Avenue, #1906, Miami, Florida 33131;

      h.    The real property located at 951 Brickell Avenue, #2006, Miami, Florida 33131;

3

i.    The real property located at 951 Brickell Avenue, #2304, Miami, Florida 33131; and

j.    The real property located at 880 Biscayne Boulevard, Unit 2507, Miami, Florida 33132; (collectively, the "Specific Properties");

WHEREAS, on or about November 29, 2010, the Court entered a Consent Order of Forfeiture as to Specific Properties (the "Consent Order of Forfeiture"), which (1) imposed a money judgment against the Defendant, in the amount of $7,000,000 in United States currency, representing all property, real and personal, involved in the money laundering offense and all property traceable to such property, and (2) ordered the forfeiture to the United States of all of his right, title and interest in the Specific Properties;

WHEREAS, the Consent Order of Forfeiture directed the United States to publish, for at least thirty consecutive days, notice of the Consent Order of Forfeiture, of the United States' intent to dispose the Specific Properties and the requirement that any person asserting a legal interest in the and to file a petition with the Court in accordance with the requirements of Title 21, United States Code, Section 853(n)(2) and (3).  The Consent Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific

4

Properties and as a substitute for published notice as to those persons so notified;

WHEREAS, notice of the Consent Order of Forfeiture and the intent of the United States to dispose of the Subject Property was published on www.forfeiture.gov, the official U.S. government internet site, beginning on February 9, 2011 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on July 13, 2011;

WHEREAS, on or about January 13, 2011, notice of the Consent Order of Forfeiture was mailed by Certified Mail Return Receipt Requested to:

a. Lisa Newsome
455 5th Avenue
Half Moon Bay, California 94019;

b. Santiago Baranchuk
455 5th Avenue
Half Moon Bay, California 94019;

c. USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288;

d. Platino Holding LLC
175 SW 7th Street, #2008
Miami, Florida 33130;

e. Life Style Media Group, LLC
880 Biscayne Boulevard, Unit 2507
Miami, Florida 33132;

5

f.    Life Style Media Group, LLC
      951 Brickell Avenue, #2304
      Miami, Florida 33131;

g.    Life Style Media Group, LLC
      951 Brickell Avenue, #2006
      Miami, Florida 33131;

h.    Life Style Media Group, LLC
      951 Brickell Avenue, #1906
      Miami, Florida 33131;

i.    Life Style Media Group, LLC
      2121 Ponce de Leon Boulevard, Suite 1050
      Coral Gables, Florida 33160;

j.    Life Style Media Group, LLC
      20201 E. Country Club Drive, #902
      Aventura, Florida 33180;

k.    Platino Holding LLC
      175 SW 7th Street, #1811
      Miami, Florida 33130;

l.    Platino Holding LLC
      2121 Ponce de Leon Boulevard, Suite 1050
      Coral Gables, Florida 33134;

m.    Platino Holding LLC
      175 SW 7th Street, #1810
      Miami, Florida 33130;

n.    Deutsche Bank
      60 Wall Street
      New York, New York 10005; and

o.    Lisa Newsome
      90 Alton Road, Unit 601
      Miami Beach, Florida 33139;

WHEREAS, these are the only persons known by the Government to have a potential interest in the Specific Properties;

WHEREAS, the Subject Property is more particularly described as:

Unit 902 of Hamptons South Condominium, a Condominium according to the Declaration of Condominium thereof, as recorded in Office Records Book 22124, at Page 1785 of the Public Records of Miami-Dade County, Florida.

Assessor's Parcel No.: 28-1235-085-0330.

WHEREAS, title to the Subject Property is held in the name of Life Style Media Group, LLC;

WHEREAS, on or about March 17, 2011, Hampton South Condominium Association, Inc. (the "Claimant") filed a claim (the "Claim") asserting an interest in the Subject Property;

WHEREAS, Claimant represents that Claimant has a right, title and interest in and to the Subject Property, by virtue of unpaid assessments due and unpaid on the Subject Property;

WHEREAS, the assessments due on the Subject Property due to the Claimant are currently delinquent;

WHEREAS, as of December 19, 2012, the total amount of delinquent assessments, penalties, interest, and costs of collection owed to the Claimant on the Subject Property is $ 86,088.28 and assessments, penalties, interest, and costs of collection will continue to accrue;

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by and between the United States Attorney's Office for the Southern District of New York, Preet Bharara, United States Attorney by

and through Assistant United States Attorney Michael D. Lockard,
and Claimant, and their attorney, Nicholas D. Siegfried, Esq.,
seek to resolve the Claim without litigation.

1.   The parties agree that, upon the entry of a Final
Order of Forfeiture forfeiting all right, title and interest in
the Subject Property to the United States and sale of the Subject
Property pursuant to the Final Order of Forfeiture, the United
State will not contest payment to the Claimant of the delinquent
outstanding assessments due on the Subject Property from the net
proceeds of the sale of the Subject Property.  The net proceeds
shall include all amounts received from the sale of the property
after payment of real estate commissions, insurance costs, escrow
fees, document recording fees not paid by the buyer, title fees,
county transfer fees, and expenses incurred by the United States
Marshals Service in connection with its custody and sale of the
Subject Property.

2.   The foregoing Stipulation and Order shall be in
full settlement and satisfaction of all claims and petitions by
Claimant to the Subject Property.

3.   Claimant hereby withdraws the Claim asserting an
interest in the Subject Property.  Upon the Court's endorsement
of this Stipulation and Order, said Claim is hereby deemed
dismissed with prejudice, without costs and/or attorney's fees to
either party.

8

4.   Claimant is hereby barred from asserting, or assisting others in asserting, any claim against the United States (including but not limited to the Department of Justice ("DOJ"), the United States Attorney's Office for the Southern District of New York ("SDNY-USAO"), and the Drug Enforcement Administration ("DEA")), and any agents and employees of the United States, in connection with or arising out of the seizure, restraint, and/or constructive possession of the Subject Property, including, but not limited to, any claim that there was no probable cause to seize the Subject Property, that the Claimant is a prevailing party, or that the Claimant is entitled to attorney's fees or any award of interest.

5.   This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Stipulation and Order.  Fax or PDF copies shall be treated as originals.

6.   The individual(s) signing this Stipulation and Order on behalf of the Claimant represent and warrant that they are authorized by Claimant to execute this Stipulation and Order.

7.   The Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

8.   This Stipulation and Order constitutes the entire agreement between the parties on the matters raised herein, and no other statement, promise or agreement, either written or oral,

9

made by either party or agents of either party, that is not

contained in this written Agreement shall be enforceable.

9.    The Clerk of the Court shall forward four

certified copies of this Order to Assistant United States

Attorney Michael D. Lockard, One St. Andrew's Plaza, New York,

New York 10007.

Agreed and consented to:

PREET BHARARA

United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____       _7/29/2013_
    MICHAEL D. LOCKARD               DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Tel.: (212)637-2193
    Fax: (212) 637-0421
    michael.lockard@usdoj.gov


HAMPTON SOUTH CONDOMINIUM
ASSOCIATION, INC.
CLAIMANT

By: _____       _6/20/13_
    HAMPTON SOUTH CONDOMINIUM        DATE
    ASSOCIATION, INC.


          [ADDITIONAL SIGNATURES ON FOLLOWING PAGE]


                        10

By:

NICHOLAS D. SIEGFRIED, ESQ.
Attorney for Claimant
Siegfried, Rivera, Lerner
De La Torre & Sobel, P.A.
201 Alhambra Circle, Suite 1102
Coral Gables, FL 33134
Tel.: (786) 279-3566
Fax: (305) 443-3292
nsiegfried@siegfriedlaw.com

12/20/12

DATE

SO ORDERED:

HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

4/18/2013

DATE

11